

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00216-CV

VICTOR S. ELGOHARY, REPRESENTATIVELY ON BEHALF OF NOMINAL DEFENDANT LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC., Appellant

V.

LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC.; REALMANAGE, LLC; DARLA KITCHEN; DON BYRNES; MICHAEL ECKLUND; LAURA VASALLO LEE; JOHN KANE; JULIE ANN BENNETT; RICK HAWTHORNE; CARA DAVIS; CHRISTI KELLER; JIM FLANARY; JILL RICHARDSON, Appellees

\* \* \* \*

LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC.; REALMANAGE, LLC; DARLA KITCHEN; DON BYRNES; MICHAEL ECKLUND; LAURA VASALLO LEE; JOHN KANE; JULIE ANN BENNETT; RICK HAWTHORNE; CARA DAVIS; CHRISTI KELLER; JIM FLANARY; JILL RICHARDSON, Appellants

V.

VICTOR S. ELGOHARY, REPRESENTATIVELY ON BEHALF OF NOMINAL DEFENDANT LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC., Appellee

Appeal from the 234th District Court of Harris County.  (Tr. Ct. No. 2013-17221).

This case is an appeal from the final judgment signed by the trial court on March 13, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that Victor S. Elgohary, representatively on behalf of nominal defendant Lakes on Eldridge North Community Association, Inc., pay one half of the appellate costs. The Court orders that Lakes on Eldridge North Community Association, Inc.; RealManage, LLC; Darla Kitchen; Don Byrnes; Michael Ecklund; Laura Vasallo Lee; John Kane; Julie Ann Bennett; Rick Hawthorne; Cara Davis; Christi Keller; Jim Flanary; Jill Richardson, jointly and severally, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 17, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.